# United States District Court
## Northern District of Indiana
### Hammond Division

| | |
|---|---|
| VINCENT SMITH, SR., individually )<br>and as the Administrator of the Estate )<br>of VINCENT SMITH, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF GARY, a Municipal Corporation, )<br>LEVI RANDOLPH, a Police Officer, and )<br>UNKNOWN POLICE OFFICERS )<br>Defendant. ) | Civil Action No. 2:06-CV-183 JVB |

**ORDER**

The Court has been advised that there is a pending criminal case in the Lake County Court system against one of the defendants in this case. The criminal case concerns the same facts that are the subject of Plaintiff's Complaint. Accordingly, this case is **STAYED** until the related criminal case has concluded. The trial date, all dates in the Scheduling Order and Order for Trial, and the Order referring the case to Judge Magistrate Rodovich to conduct a settlement conference are **VACATED.**

SO ORDERED on December 20, 2007.

   s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge